United States Court of Appeals
Fifth Circuit

**F I L E D**

**November 9, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 05-10172
Summary Calendar

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

STACY PAYNE WATKINS, also known as
Stacy Bernard, also known as Stacy Payne,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 1:04-CR-41-9
--------------------

Before REAVLEY, GARZA, and BENAVIDES, Circuit Judges.

PER CURIAM:*

    Appealing the Judgment in a Criminal Case, Stacy Payne

Watkins raises arguments that are foreclosed by United States v.

Mares, 402 F.3d 511, 520 (5th Cir.), cert. denied, 126 S. Ct. 43

(2005), and its progeny, which held that unpreserved claims based

on United States v. Booker, 125 S. Ct. 738 (2005), are reviewed

for plain error.  The Government's motion for summary affirmance

is GRANTED, and the judgment of the district court is AFFIRMED.

--------------------

    * Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.